# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Case No. 1:11-CR-155 AWI |
| ) | |
| KEVIN WILLIAM SMITH ) | |

## APPLICATION FOR WRIT OF HABEAS CORPUS

The undersigned attorney hereby applies to the Court for the issuance of a writ of habeas corpus
(X) Ad Prosequendum     ( ) Ad Testificandum.

Name of Detainee:   KEVIN WILLIAM SMITH
Detained at (custodian):   California Men's Colony

Detainee is:   a.)   (x) charged in this district by:
    (x) Indictment     ( ) Information     ( ) Complaint

Charging Detainee With: **18 U.S.C. § 922(g)(1) -Felon In Possession of Firearm; 18 U.S.C. § 922(g)(1) -Felon in Possession of Ammunition**

or     b.)   ( ) a witness not otherwise available by ordinary process of the Court

Detainee will:   a.)   (X) return to the custody of detaining facility upon termination of proceedings
or     b.)   ( ) be retained in federal custody until final disposition of federal charges, as a sentence is currently being served at the detaining facility

*Appearance is necessary forthwith in the Eastern District of California* on _____

Signature:   /s/ Kimberly A. Sanchez
Printed Name & Phone No.:   KIMBERLY A. SANCHEZ 559/497-4000
Attorney of Record for:   United States of America

## WRIT OF HABEAS CORPUS
(X) Ad Prosequendum     ( ) Ad Testificandum

The above application is granted and the above-named custodian, as well as the United States Marshal for this district, is hereby ORDERED to produce the named detainee, on the date and time recited above, and any further proceedings to be had in this cause, and at the conclusion of said proceedings to return said detainee to the above-named custodian.

November 16, 2011                                           /s/ Gary S. Austin
Date                                                         United States District/Magistrate Judge

Please provide the following, if known:

| | | | |
|---|---|---|---|
| AKA(s) (if applicable): | | Male x   Female ☐ | |
| Booking or Fed. Reg. #: | CDC#A17197 | DOB: | 08/26/1988 |
| Facility Address: | Highway 1 | Race: | |
| | San Luis Obispo, CA 93409 | FBI #: | 532241VB2 |
| Facility Phone: | 805/547-7900 | | |
| Release Date: | Unkown | | |

**RETURN OF SERVICE**

Executed on _____ by _____
                                                           (Signature)

C:\WINDOWS\Temp\notes101AA1\WRIT-KEVIN SMITH.wpd
Form Crim-48                                                                                    Revised 11/19/97