1  DANIEL J. BRODERICK, #89424
   Federal Defender
2  ANN H. VORIS, Bar #100433
   Assistant Federal Defender
3  Designated Counsel for Service
   2300 Tulare Street, Suite 330
4  Fresno, California  93721-2226
   Telephone: (559) 487-5561
5
   Attorney for Defendant
6  KEVIN SMITH

7

8           IN THE UNITED STATES DISTRICT COURT

9           FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11 | UNITED STATES OF AMERICA,      ) No. 1:11-cr-00155 AWI
                                    )
12 |           Plaintiff,           ) STIPULATION TO CONTINUE STATUS
                                    ) CONFERENCE; ORDER
13 |     v.                         )
                                    ) Date: February 21, 2012
14 | KEVIN SMITH,                   ) Time: 9:00 a.m.
                                    ) Judge: Hon. Anthony W. Ishii
15 |           Defendant.           )
                                    )
16 |_____  )

17

18    **IT IS HEREBY STIPULATED** by and between the parties hereto through their respective

19 counsel that the status conference in the above-captioned matter now set for January 17, 2012, **may be**

20 **continued to February 21, 2012 at 9:00 a.m.**

21    This reason for the continuance is that defense counsel is reviewing and providing discovery,

22 meeting client, who is in Lerdo, and for further plea negotiations and investigation. This continuance will

23 conserve time and resources for both parties and the court.

24 ///

25 ///

26 ///

27 ///

28 ///

1   The parties agree that the delay resulting from the continuance shall be excluded in the interests of
2   justice, including but not limited to, the need for the period of time set forth herein for effective defense
3   preparation pursuant to 18 U.S.C. §§ 3161(h)(7)(A), (B)(ii), and (iv).

BENJAMIN WAGNER
United States Attorney

DATED: January 12, 2012       By:   /s/ *Kimberly A. Sanchez*
KIMBERLY A. SANCHEZ
Assistant United States Attorney
Attorney for Plaintiff

DANIEL J. BRODERICK
Federal Defender

DATED: January 12, 2012       By:   /s/ *Ann H. Voris*
ANN H. VORIS
Assistant Federal Defender
Attorney for Defendant
Kevin Smith

**O R D E R**

**IT IS SO ORDERED.** Time is excluded pursuant to §§ 3161(h)(7)(A), (B)(ii), and (iv).

Dated: January 13, 2012

CHIEF UNITED STATES DISTRICT JUDGE

Stipulation to Continue Status Conference
Hearing; Order                              -2-