1

2

3

4

5

6

7

8

IN THE UNITED STATES DISTRICT COURT FOR THE

9

EASTERN DISTRICT OF CALIFORNIA

10

11

UNITED STATES OF AMERICA,      )    1:11-cr-00155 AWI

12            Plaintiff,          )

                               )    ORDER ON GOVERNMENT'S

13                                )    MOTION TO DISMISS

               v.              )    (Fed. R. Crim. P.  48 (a))

14                                )

KEVIN SMITH,                  )

15                                )

           Defendant.       )

16                                )

17 —————————————————————— )

18                           O R D E R

19        IT IS HEREBY ORDERED that the indictment in the above-entitled case be

20 dismissed without prejudice as to Kevin Smith.

21

22

23 IT IS SO ORDERED.

24

Dated:    February 3, 2012               _____

25                                CHIEF UNITED STATES DISTRICT JUDGE

26

27

28